UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HELEN HARRISON,<br><br>      Plaintiff(s),<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., et al.,<br><br>      Defendant(s). | Case No. 2:14-cv-00577-RCJ-NJK<br><br>ORDER<br><br>(Docket No. 14) |

Pending before the Court is Defendant's motion to extend deadlines. Docket No. 14. The Court ordered any response to be filed no later than October 17, 2014. *See* Docket No. 15. To date, no response has been filed.[1] The Court hereby GRANTS the motion and ORDERS Defendant to file, no later than October 24, 2014, a proposed order extending by 60 days the expert disclosure deadline, interim status report deadline, rebuttal expert deadline, discovery cut-off, dispostive motion deadline, and pretrial order deadline.

IT IS SO ORDERED.

DATED: October 21, 2014

                                          NANCY J. KOPPE
                                          United States Magistrate Judge

---

[1] As discussed more fully in the order to show cause issued concurrently herewith, the Court is troubled that it ordered any renewed stipulation seeking the extensions now before the Court to be filed no later than September 22, 2014, *see* Docket No. 13 at 2, and the Court now has before it an unopposed motion not filed until October 9, 2014.